[No. 12694-3-III.   Division Three.   March 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
PAUL SHARP, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 92-1-00166-1, Duane E. Taber, J., entered August

28, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.